# ARLEO, DONOHUE & BIANCAMANO, L.L.C.
### ATTORNEYS AT LAW

Frank P. Arleo
Timothy M. Donohue
Stacy Ann Biancamano

Of Counsel:
Jo Ann K. Dobransky

622 Eagle Rock Avenue
West Orange, NJ 07052
Telephone: (973) 736-8660
Fax: (973) 736-1712

January 10, 2013

Honorable Stanley R. Chesler, U.S.D.J
Frank R. Lautenberg U.S.P.O. & Cthse.
Room 417
P.O. Box 999
Newark, NJ 07101

Re:   **U.S. v. Harold Johnson**
      **Crim. No. 12-0040 (SRC)**

Dear Judge Chesler:

This firm represents defendant Harold Johnson in the above matter. At the present time, we are in the process of having Harold Johnson evaluated by Catherine M. Barber, Ph.D. for sentencing purposes. The Essex County Department of Corrections is insisting that we obtain a Court Order authorizing Dr. Barber to visit Harold Johnson and to perform an evaluation. Enclosed please find a proposed form of Order for Your Honor's consideration that would allow Dr. Barber to visit and evaluate Harold Johnson.

If Your Honor has any questions, please do not hesitate to contact the undersigned. Thank you for Your Honor's consideration and attention to this matter.

Respectfully submitted,

Timothy M. Donohue

TMD/to
Encl.
cc:   AUSA Osmar Benvenuto

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY : Crim. No. 12-0040 (SRC)

Plaintiffs, :

vs. : Civil Action 12-40

HAROLD JOHNSON, : **ORDER AUTHORIZING
CATHERINE M. BARBER, PH.D
Defendant.** : **TO VISIT AND PERFORM A
PSYCHOLOGICAL EVALUATION
OF HAROLD JOHNSON**
_____ :

The matter being brought before the Court by Timothy M. Donohue, Esq. of Arleo,
Donohue & Biancamano, L.L.C. attorneys for defendant Harold Johnson for an Order
authorizing Catherine M. Barber, Ph.D. to visit Harold Johnson at the Essex County Department
of Corrections to perform an evaluation of Harold Johnson; and since the Essex County
Corrections Facility requires an executed Order by the Court approving this visit and evaluation;
and for good cause appearing;

**IT IS** on this 15 day of January 2013,

**ORDERED** that Catherine M. Barber, Ph.D. is authorized to visit defendant Harold
Johnson and conduct a psychological evaluation at the Essex County Department of Corrections;
Dr. Barber's visit is approved for Friday, February 8, 2013 at 10:00 a.m., or any date thereafter.

HONORABLE STANLEY R. CHESLER, U.S.D.J